**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 03-6081**

───────────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

DANIEL L. SPENCE,

                              Defendant - Appellant.

───────────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CR-
98-34, CA-02-3749)

───────────────

Submitted: March 6, 2003          Decided: March 17, 2003

───────────────

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Daniel L. Spence, Appellant Pro Se. Thomas Michael DiBiagio, United
States Attorney, Baltimore, Maryland, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Daniel L. Spence seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have independently reviewed the record and conclude that Spence has not made a substantial showing of the denial of a constitutional right. See Miller-El v. Cockrell, ___ U.S. ___, 2003 WL 431659, at *10 (U.S. Feb. 25, 2003) (No. 01-7662). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED